United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Bronzal F. Dixon, Jr.<br>Dana G. Dixon<br>748 Sam Overstreet Road<br>Twin City, GA 30471 | Chapter 13<br><br>Case No. 11-70410-JTL |

### Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $313.42 in unclaimed funds of Redland Custom Harvesting, creditor.

Last Known Address (Most recent listed left to right):

Redland Custom Harvesting
Po Box 349167
Florida City, FL 33034

Dated: 7/22/2015

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee